UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF Louisiana

New Orleans Division

PETITIONER'S George Joseph Lee

VS

RESPONDENT'S United States of America

CASE No. 00-196 F(1)

**U. S. DISTRICT COURT**
**Eastern District of Louisiana**

FILED  FEB 2 2 2008

LORETTA G. WHYTE
Clerk  WP

MOTION FOR APPOINTMENT OF COUNSEL

STATEMENTS OF FACTS IN SUPPORT OF MOTION

COMES NOW, THE PETITIONER George Joseph Lee AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO APPOINT HIM COUNSEL PURSUANT TO TITLE 18 U.S.C. 3006 (a).

In support of this Motion Petitioner submits the following:

1. That Plaintiff Petitioner is unable to defray the costs of the cause of action.

2. That Plaintiff Petitioner is a pauper within the meaning of Adkin v. DuPont, 331 U.S. _____.

3. That Plaintiff complaints present meritorious issues that contain substantial question of both law and fact for review.

4. That Plaintiff has had no legal assistance on his case since, _____ give the last date you had legal assistance on the case at bar.

5. Give any other information that would show why appointment of counsel is necessary.

CONCLUSION

Plaintiff prays that this Honorable Court will appoint adequate legal counsel to help and assist me in this case, both to my satisfaction and that of the Court.

Respectfully Submitted

George J Lee

TENDERED FOR FILING

FEB 2 2 2008

U.S. DISTRICT COURT
...ct of Louisiana
Deputy Clerk

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc No. _____

George Joseph Lee
Reg. No. 27074-034
P.O. Box 5000
Federal Correctional Institution
Oakdale, LA 71463

Judge
U.S. District Judge
U.S. District Court Eastern District of Louisiana
New ORleans, Division

Re: U.S. v. George Lee
    Crim No. 00-196
    Motion for Appointment of Counsel

Dear Judge:

   Enclosed is my motion for appointment of counsel to assist me in seeking a reduction of the sentence I received in this case. Pursuant to retroactive crack cocaine amendment no. 706. I am elgible for the reduction under the amendment, but I cannot afford to hire a lawyer. Thank you for your prompt attention to this matter.

Respectfully Submitted,

*[signature]*
George Lee

TENDERED FOR FILING
FEB 22 2008
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

TENDERED FOR FILING
FEB 22 2008
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Mr George Lee - 27014-034
Federal Correctional Institution
P.O. Box 5000
Oakdale, La 71463

ALEXANDRIA LA 713
20 FEB 2008 PM 2 L

Ms Loretta G. Whyte, District Clerk
Hale Boggs Federal Building
500. Poydras St., Room C-151
New Orleans, La 70130.